**Document removed per order of the Court**

**See Docket Entry #98, dated May 27, 2009**